**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERRANCE BRUNSON,**<br>*Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | **NO. 26-CV-5117** |
| **THE DELAWARE COUNTY OFFICE OF JUDICIAL RECORDS/ PROTHONOTARY, *et al.*,**<br>*Defendants.* | : | |

**O R D E R**

**AND NOW**, this 29th day of September 2026, upon consideration of Plaintiff Terrance Brunson's *Motion to Proceed In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. The motion to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons set forth in the accompanying Memorandum, the Complaint is **DISMISSED,** *in part***,** with prejudice, and *in part***,** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii), as follows:

    a. The claims against the Delaware County Office of Judicial Support are **DISMISSED,** without prejudice, and without leave to amend; and

    b. The claims against Mary Walk are **DISMISSED**, with prejudice.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*